**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Eisenhauer, | No. 05-699-PCT-EHC |
| Plaintiff, | **ORDER** |
| vs. | |
| AIG Life Insurance Company and the ERISA Appeals Committee, | |
| Defendants. | |

On September 22, 2005, Defendants filed a motion to Strike Plaintiff's Reply because it raised new arguments not raised in the original motion, or, in the alternative, grant Defendants leave to file a Sur-reply to address Plaintiff's new arguments. (Dkt. 20). The Sur-reply was included in the Motion to Leave to file the Sur-reply. Having considered the motion and good cause appearing,

**IT IS ORDERED** granting leave to file a Sur-reply to Plaintiff's Motion.

DATED this 23rd day of September, 2005.

*/s/ Earl H. Carroll*
Earl H. Carroll
United States District Judge